| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Friedman, Paul L. | 2. Court or Organization U.S. District Court | 3. Date of Report 05/13/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address U.S. Courthouse, Rm. 6012 333 Constitution Ave. N.W. Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ░░░░░░░░░░░ | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | ░░░░░░░░░░░ |
| 2. | |
| 3. | |

Friedman , Paul L.

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. ▨ | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. SEE PART VIII - ASSET ORDER SLIGHTLY CHANGED | | | | | | | | | |
| 2. LISTED INVESTMENT FUNDS: | | | | | | | | | |
| 3. BROKERAGE ACCOUNT | | | | | | | | | |
| 4. -Gabelli Small Cap Fund | | None | L | T | | | | | |
| 5. -Gabelli Asset Fund | A | Dividend | L | T | | | | | |
| 6. -Harbor International | B | Dividend | M | T | Sold (part) | 10/12/10 | K | D | |
| 7. -Fidelity Spartan Tax Free Bond Fund | C | Dividend | M | T | Buy (add'l) | 07/22/10 | K | | |
| 8. -iShares Russell 1000 Value Index Fund | B | Dividend | L | T | | | | | |
| 9. -iShares Cohen & Steers Realty Majors Index Fd | B | Dividend | K | T | | | | | |
| 10. -iShares Russell 1000 Growth Index Fund | A | Dividend | L | T | | | | | |
| 11. -iShares Russell 2000 Growth Index Fund | A | Dividend | K | T | | | | | |
| 12. -iShares Russell 2000 Value Index Fund | A | Dividend | K | T | | | | | |
| 13. -Vanguard Intermediate Tax Exempt Fund | B | Dividend | L | T | | | | | |
| 14. -Vanguard Short Term Tax Exempt Fund | A | Dividend | K | T | | | | | |
| 15. -Brown Capital Mgmt Small Company Fd | A | Dividend | J | T | | | | | |
| 16. -Perkins Mid Cap Value Fund | A | Dividend | J | T | | | | | |
| 17. -Royce Special Equity Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Eaton Vance Parametric Fund | A | Dividend | K | T | Buy | 10/12/10 | K | | |
| 19. IRA ACCOUNT #1 | F | Dividend | P1 | T | | | | | |
| 20. -T. Rowe Price Equity Income | | | | | Buy (add'l) | 10/12/10 | K | | |
| 21. -Longleaf Partners | | | | | Buy (add'l) | 10/12/10 | J | | |
| 22. -Longleaf Partners Small Cap Fd | | | | | | | | | |
| 23. -PIMCo Real Return (X) | | | | | | | | | See Part VIII |
| 24. -Schwab Money Market Fd | | | | | | | | | |
| 25. -Morgan Stanley US RE | | | | | | | | | |
| 26. -American Funds EuroPacific Growth Fd. F | | | | | Sold (part) | 03/16/10 | K | D | |
| 27. -T. Rowe Price Mid Cap Growth | | | | | | | | | |
| 28. -Davis NY Venture A | | | | | Sold | 10/12/10 | L | E | |
| 29. -Dodge & Cox Stock | | | | | Buy (add'l) | 10/12/10 | J | | |
| 30. -American Funds Growth Fund of America F | | | | | Sold (part) | 07/22/10 | L | E | |
| 31. -PIMCo Total Return | | | | | | | | | |
| 32. -First Eagle Global (X) | | | | | | | | | See Part VIII |
| 33. -Harbor International | | | | | | | | | |
| 34. -Loomis Sayles Investment Gr Bond Fd | | | | | Buy (add'l) | 03/16/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -American Fed Bank CD 3.0% 01/09/13 | | | | | | | | | |
| 36. -Ohio Valley Bk CD 3.45% 07/15/14 | | | | | | | | | |
| 37. -Vanguard Short Term Federal Fd | | | | | Buy (add'l) | 10/12/10 | K | | |
| 38. -Columbia Value & Restructuring Fd | | | | | | | | | |
| 39. -Royce Special Equity Fd | | | | | | | | | |
| 40. -T. Rowe Price Capital Appreciation Fd | | | | | | | | | |
| 41. -Vanguard PRIMECAP Core Fd | | | | | | | | | |
| 42. -Vanguard Small Cap Growth Index Fd | | | | | | | | | |
| 43. -Lazard Emerging Markets Fd | | | | | Buy | 03/16/10 | K | | |
| 44. | | | | | Buy (add'l) | 10/12/10 | J | | |
| 45. -PRIMECAP Odyssey Stock Fd | | | | | Buy | 07/22/10 | L | | |
| 46. -Discover Bank CD 3.5% 05/13/14 (X) | | | | | | | | | See Part VIII |
| 47. -Vanguard STAR Fund (X) | | | | | Sold | 10/12/10 | K | B | See Part VIII |
| 48. IRA ACCOUNT #2 | E | Dividend | O | T | | | | | |
| 49. -Schwab Money Market Fund | | | | | | | | | |
| 50. -T. Rowe Price Mid Cap Growth Fd | | | | | | | | | |
| 51. -PIMCo Total Return | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Loomis Sayles Investment Gr Bond Fd | | | | | | | | | |
| 53. -T. Rowe Price Growth Stock Fd | | | | | Buy (add'l) | 10/12/10 | J | | |
| 54. -American Funds EuroPacific Growth Fd | | | | | Sold (part) | 10/12/10 | J | A | |
| 55. -Columbia Value & Restructuring Fund | | | | | Buy (add'l) | 10/12/10 | J | | |
| 56. -GE Capital Fncl CD 5% 08/27/13 | | | | | | | | | |
| 57. -GE Money Bk CD 4.15% 12/18/12 | | | | | | | | | |
| 58. -Ohio Valley Bk CD 3.45% 07/15/14 | | | | | | | | | |
| 59. -Brown Capital Mgmt Small Company Fd | | | | | | | | | |
| 60. -Perkins Mid Cap Value Fd | | | | | | | | | |
| 61. -Royce Special Equity Fund | | | | | | | | | |
| 62. -American Funds New World Fd | | | | | Buy | 10/12/10 | J | | |
| 63. -First Eagle Global (X) | | | | | | | | | See Part VIII |
| 64. -Discover Bank CD 3.5% 05/13/14 (X) | | | | | | | | | See Part VIII |
| 65. -PIMCo Real Return Fd (X) | | | | | | | | | See Part VIII |
| 66. -Vanguard STAR Fd (X) | | | | | Sold | 10/12/10 | K | B | See Part VIII |
| 67. IRA ACCOUNT #3 | A | Dividend | | | | | | | See Part VIII |
| 68. -First Eagle Global (Y) | | | | | | | | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Discover Bank CD 3.5% 05/13/14 (Y) | | | | | | | | | See Part VIII |
| 70. -PIMCo Real Return Fd (Y) | | | | | | | | | See Part VIII |
| 71. -Vanguard STAR Fund (Y) | | | | | | | | | See Part VIII |
| 72. IRA ACCOUNT #4 | A | Dividend | | | | | | | See Part VIII |
| 73. -First Eagle Global (Y) | | | | | | | | | See Part VIII |
| 74. -Discover Bank CD 3.5% 05/13/14 (Y) | | | | | | | | | See Part VIII |
| 75. -PIMCo Real Return Fd (Y) | | | | | | | | | See Part VIII |
| 76. -Vanguard STAR Fund (Y) | | | | | | | | | See Part VIII |
| 77. MONEY MARKET ACCOUNTS: | | | | | | | | | |
| 78. T. Rowe Price Tax Exempt Fd | A | Interest | K | T | | | | | |
| 79. Schwab US Treasury Money Fd | | None | J | T | | | | | |
| 80. TAX EXEMPT FUNDS - BROKERAGE ACCOUNT | | | | | | | | | |
| 81. Will County 5.25% | C | Interest | L | T | | | | | |
| 82. DeKalb GO 0% | | None | | | Sold | 07/19/10 | K | A | |
| 83. Southern IL Univ 0% | | None | K | T | | | | | |
| 84. New York Thrwy 5.25% | B | Interest | K | T | | | | | |
| 85. Anne Arundel Cnty 4.2% | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Mass Water Pollution 3.25% | | None | K | T | Buy | 07/22/10 | K | | |
| 87. STOCK WARRANTS: | | | | | | | | | |
| 88. ▓▓▓▓▓▓ | | None | J | T | | | | | ▓▓▓▓▓ |
| 89. INVESTMENT PARTNERSHIPS: | | | | | | | | | |
| 90. ▓▓▓▓▓▓▓▓ | A | Interest | K | W | | | | | ▓▓▓▓▓ |
| 91. ▓▓▓▓▓▓▓▓▓ | A | Rent | J | W | | | | | ▓▓▓▓▓ |
| 92. ▓▓▓▓▓▓▓▓ | A | Rent | J | W | | | | | ▓▓▓▓ |
| 93. LIFE INSURANCE | | | | | | | | | |
| 94. Security Mutual Life Ins. Co. of NY Universal Life Policy | C | Dividend | M | T | | | | | See Part VIII |
| 95. Mass Mutual Life Ins Co | B | Dividend | K | W | | | | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

EXPLANATORY COMMENTS for PART VII (by Line Item Number):

1) The order in which assets are listed for calendar year 2010 has changed slightly from the order listed in the 2009 report. Third Avenue Value, Goldman Sachs CD 1.75% 12/31/09, American Beacon Int'l Equity Fd, American Beacon Small Cap Value Inst, US Treasury STRIP 0% 11/15/14, Dodge & Cox International Stock Fd, Gabelli Small Cap Growth Fd, T. Rowe Price Capital Appreciation Fund, and Mass GO 5.5% were deleted from the list, because they were completely sold or matured in 2009 (as indicated in the 2009 Financial Disclosure Report). Other than the aforementioned changes, the order is close to that of the 2009 report as all new investment funds for 2010 are listed at the bottom of the appropriate account.

23, 32, 46, 47) All assets (PIMCo Real Return, First Eagle Global, Discover Bank CD and Vanguard STAR Fund) in IRA ACCOUNT #3 were transferred in kind to IRA ACCOUNT #1 on 03/26/10. PIMCo Real Return and First Eagle Global positions were previously owned (and reported) in IRA ACCOUNT #1 prior to the transfer of assets from IRA ACCOUNT #3 and the existing position values were increased as a result of the receipt of assets transferred from IRA ACCOUNT #3. Discover Bank CD and Vanguard STAR Fund positions were not previously owned in IRA ACCOUNT #1 prior to the receipt of assets from IRA ACCOUNT #3 and therefore had not previously been reported in this account. IRA ACCOUNT #3 will not be listed in future year reports because the account value as of 12/31/10 was $0.

63, 64, 65, 66) All assets (First Eagle Global, Discover Bank CD, Vanguard STAR Fund and PIMCo Real Return) in IRA ACCOUNT #4 were transferred in kind to IRA ACCOUNT #2 on 03/26/10. First Eagle Global, Discover Bank CD, Vanguard STAR Fund and PIMCo Real Return positions were not previously owned in IRA ACCOUNT #2 prior to the receipt of assets from IRA ACCOUNT #4 and therefore had not previously been reported in this account. IRA ACCOUNT #4 will not be listed in future year reports because the account value as of 12/31/10 was $0.

68, 69, 70, 71) All assets (First Eagle Global, Discover Bank CD, PIMCo Real Return Fd and Vanguard STAR Fund ) in IRA ACCOUNT #3 were transferred in kind to IRA ACCOUNT #1 on 03/26/10. IRA ACCOUNT #3 will not be listed in future year reports because the account value as of 12/31/10 was $0.

73, 74, 75, 76) All assets (First Eagle Global, Discover Bank CD, PIMCo Real Return Fd and Vanguard STAR Fund) in IRA ACCOUNT #4 were transferred in kind to IRA ACCOUNT #2 on 03/26/10. IRA ACCOUNT #4 will not be listed in future year reports because the account value as of 12/31/10 was $0.

88) [redacted] stock warrants. Four Contingent Payment Rights issued to former limited partners of [redacted] in 1993.

90) Was allocated investment expense of $2 and Other Deductions of $276.

91) Was allocated income of $506 from rental real estate activities, interest income of $2, and a depreciation adjustment of $17.

92) Was allocated income of $506 from rental real estate activities, interest income of $1 and a depreciation adjustment of $18.

94) Universal Life Policy taken out on 08/18/05 as a result of a Section 1035 Exchange from two existing Whole Life Policies issued by same insurance company. Person Reporting is Insured and Owner [redacted] is Beneficiary. No underlying investment options. The gain on the policy for 2010 was $3,512.29 and was not currently taxable.

95) Group Flexible Premium Adjustable Life Insurance Policy issued by former employer in 1993. Person Reporting is Insured and Owner. [redacted]

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Paul L. Friedman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT

FRIEDMAN, PAUL L.                                        5/13/11



FRIEDMAN, PAUL L.                                              5/13/11





# FINANCIAL DISCLOSURE REPORT

FRIEDMAN, PAUL L.                                          5/13/11

